## John R. Jeffers, Plaintiff-Appellee, v. Emma E. Jeffers, Defendant-Appellant.

### Gen No. 10,917.  (Abstract of Decision.)

Second District.

April 5, 1956.

Rehearing denied May 1, 1956.

Released for publication May 2, 1956.

Nash and Ferolie, for defendant-appellant; Strom & Strom, and Knight, Ingrassia & Bourland, for plaintiff-appellee; B. Jay Knight, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.